## PANHANDLE BENEVOLENT ASS'N v. THRASHER.

### No. 3433.

Court of Civil Appeals of Texas. El Paso.
Sept. 17, 1936.

Hamilton & Fitzgerald, of Memphis, for appellant.

Sullivan & Wilson, of Dallas, for appellee.

PELPHREY, Chief Justice.

Appellant has filed no briefs, and finding no fundamental error in the record, the appeal will be dismissed for want of prosecution.